**Reply to:**
**32975 St. Moritz Drive**
**Evergreen, CO 80439**
**(303) 670-3825**
**Fax 670-1586**

**John A. Wickham, Esq.**
**Admitted in Virginia,**
**District of Columbia**
**& Military Courts**

# John A. Wickham & Associates
## Attorneys-at-Law

28 September 2005

Army Review Boards Agency
Carl Chun, Director,
Army Board for Correction of Military Records
1901 South Bell Street
Arlington VA 22202-4508
fax 703 607-1983

RE: Pending BCMR Reconsideration, Marnita McGruder, SSN: 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
(Filed 15 Feb 2005)

Subject: Court ordered status report

Dear Board,

By court order in McGruder v. United States, 03-441 (Fed.Cl)(See attached), counsel for McGruder requests the BCMR case status to permit filing a report back to the court due by October 15. The BCMR case was not filed electronically due to voluminous records.

This case status by the BCMR to counsel can be by telephone 303 670-3825, by letter faxed 303 670-1586, or by e-mail at "wickham1@wispertel.net."

Respectfully submitted,

John A. Wickham, Esq.

Incl: a/s

Plaintiff's Exhibit A