# In The United States Court of Federal Claims

No. 03-441C

(Filed: October 25, 2005)

---

MARNITA L. MCGRUDER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 19, 2005, plaintiff filed an unopposed motion to continue the stay, suspend status report, or in the alternative, for extension of time. The motion is hereby **GRANTED** in part, and **DENIED** in part. On or before November 14, 2005, plaintiff shall file its status report.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge