IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARNITA L. MCGRUDER | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action |
| | ) | No. 03-441C (Judge Allegra) |
| THE UNITED STATES | ) | |
| Defendant, | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to RCFC 41(a)(1), Ms. McGruder hereby submits her notice of voluntary dismissal as no answer or motion for summary judgment has been filed by the defendant on the amended complaint. All issues on the original complaint were dismissed with prejudice by joint stipulation. This notice is submitted concurrently with her status report.

November 2, 2005

Respectfully submitted

s/ John A. Wickham
Counsel for McGruder
32975 Saint Moritz Drive
Evergreen CO 80439-6720
303 670-3825